Case 1:06-cv-08171-DC   Document 43   Filed 01/26/10   Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
SAMBA ENTERPRISES, LLC,              :

                Plaintiff,           :    **ORDER**

        - against -                  :    06 Civ. 8171 (DC)

180SOLUTIONS INC.,                   :

                Defendant.           :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

There has been no action in this case since March 20, 2009. The Court has telephoned plaintiff's counsel by phone to inquire about the status of the case, but has received no response. Accordingly, the complaint is hereby dismissed and the action terminated.

SO ORDERED.

Dated:   New York, New York
         January 26, 2010

                                   _____
                                   DENNY CHIN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/10